## Joy A. ANDERSON, Plaintiff–Appellant,

### v.

## ARGENBRIGHT, INCORPORATED, Defendant–Appellee.

### No. 01–1113.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 10, 2001.

Decided Oct. 9, 2001.

Sheila Venable, Alexandria, VA, for appellant.

Charles A. Hawkins, Sheldon W. Snipe, Troutman Sanders, L.L.P., Atlanta, GA, for appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Joy A. Anderson appeals the district court order granting summary judgment to Argenbright, Inc., denying her motion for summary judgment and dismissing her employment discrimination complaint. Anderson also appeals the district court's failure to award her punitive damages and to defer ruling on a motion in limine. We have reviewed the record and the district court's findings from the bench and affirm on the reasoning of the district court. *See Anderson v. Argenbright, Inc.,* CA–00–821–A (E.D.Va. Dec. 22, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

*AFFIRMED.*